No. 90–1581. ARTHUR S. LANGENDERFER, INC., ET AL. v. S. E. JOHNSON CO. ET AL. C. A. 6th Cir. Certiorari denied. JUSTICE WHITE would grant certiorari.

No. 90–1727. WESTVACO CORP. ET AL. v. SWEENEY. C. A. 1st Cir. Certiorari denied. JUSTICE WHITE would grant certiorari.

No. 90–1757. RUSSO ET UX. v. MASON-MCDUFFIE INVESTMENT CO. INC. C. A. 9th Cir. Certiorari denied. JUSTICE WHITE would grant certiorari.

No. 90–1931. MASON COUNTY, WASHINGTON, ET AL. v. DAVIS ET AL. C. A. 9th Cir. Certiorari denied. JUSTICE WHITE would grant certiorari.

No. 90–7538. BLAIR-BEY v. NIX, WARDEN, ET AL. C. A. 8th Cir. Certiorari denied. JUSTICE WHITE would grant certiorari.

No. 91–205. STONEWALL UNION ET AL. v. CITY OF COLUMBUS ET AL. C. A. 6th Cir. Certiorari denied. JUSTICE WHITE would grant certiorari.

No. 90–1657. MASSACHUSETTS ET AL. v. UNITED STATES NUCLEAR REGULATORY COMMISSION ET AL. C. A. D. C. Cir. Certiorari denied. JUSTICE SOUTER took no part in the consideration or decision of this petition.

No. 91–200. RICHARDS ET AL. v. NEW HAMPSHIRE. Sup. Ct. N. H. Certiorari denied. JUSTICE SOUTER took no part in the consideration or decision of this petition.

No. 91–221. FISCHER v. CITY OF DOVER, NEW HAMPSHIRE, ET AL. Sup. Ct. N. H. Certiorari denied. JUSTICE SOUTER took no part in the consideration or decision of this petition.

No. 90–1670. CONNORS ET AL. v. UNITED STATES. C. A. 5th Cir. Certiorari denied. JUSTICE BLACKMUN, JUSTICE KENNEDY, and JUSTICE SOUTER would grant certiorari, vacate the judgment, and remand the case for further consideration in light of *Salve Regina College* v. *Russell,* 499 U. S. 225 (1991).